| AO 10 Rev. 1/2017 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2017 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Bashant, Cynthia A. | 2. Court or Organization U.S. District Court, Southern District of California | 3. Date of Report 8/17/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2017 to 12/31/2017 |
| 7. Chambers or Office Address 221 W. Broadway San Diego, CA 92101 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Bashant, Cynthia A. | 8/17/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
| --- | --- | --- |
| 1. | 2017 | Trader Joe's (wages) |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- | --- |
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bashant, Cynthia A. | 8/17/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bashant, Cynthia A. | 8/17/2018 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Cabrillo Federal Credit Union (cash accounts) | A | Interest | L | T | | | | | |
| 2. Pimco Income Fund (PONDX) (IRA) | D | Dividend | M | T | | | | | |
| 3. Fidelity Government Money Market (SPAXX) (IRA) | A | Dividend | K | T | | | | | |
| 4. Spartan Real Estate Index Fund Adv. Class (FSRVX) (IRA) | D | Dividend | K | T | | | | | |
| 5. Spartan Emerging Mkt Index Fid. Adv. Class (FPMAX) (IRA) | D | Dividend | K | T | | | | | |
| 6. Fidelity Four in One Index (FFNOX) (IRA) | F | Dividend | N | T | | | | | |
| 7. Spartan Extended Market Index Fund Adv. Class (FSEVX) | E | Dividend | M | T | | | | | |
| 8. Fidelity Int'l Enhanced Index Fund (FIENX) (IRA) | E | Dividend | L | T | | | | | |
| 9. Fed Large Cap Growth Enhanced Index (FLGEX) (IRA) | F | Dividend | N | T | | | | | |
| 10. Fidelity Smmall Cap Enhanced Index Fund (FCPEX) (IRA) | E | Dividend | M | T | | | | | |
| 11. American Funds Euro-Pacific (IRA) | A | Dividend | J | T | Buy | 09/13/17 | J | | |
| 12. iShares S&P 500 Index (IRA) | A | Dividend | J | T | Buy | 09/13/17 | J | | |
| 13. iShares Russell 2000 small Cap Index (IRA) | A | Dividend | J | T | Buy | 09/13/17 | J | | |
| 14. iShares Aggreg. Bond Index (IRA) | A | Dividend | J | T | Buy | 09/13/17 | J | | |
| 15. Invesco Stable Value Fund (IRA) | A | Dividend | J | T | Buy | 09/13/17 | J | | |
| 16. Vanguard Global Minimal Volatility Fund | A | Dividend | J | T | Buy | 09/06/17 | J | | |
| 17. Vanguard GNMA Bond Fund | A | Dividend | K | T | Buy | 09/06/17 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Vanguard High Dividend Yield Index Fund | B | Dividend | K | T | Buy | 09/06/17 | K | | |
| 19. Vanguard Real Estate Index Fund | A | Dividend | J | T | Buy | 09/06/17 | J | | |
| 20. Vanguard Select Value Fund | A | Dividend | J | T | Buy | 09/06/17 | J | | |
| 21. Vanguard Small Cap Index Fund | A | Dividend | J | T | Buy | 09/06/17 | J | | |
| 22. Vanguard Total Bond Market Index Fund | A | Dividend | K | T | Buy | 09/16/17 | K | | |
| 23. Vanguard Federal Money Market | A | Dividend | M | T | Buy | 09/06/17 | J | | |
| 24. Vanguard Federal Money Market | A | Dividend | | | Buy (add'l) | 09/11/17 | K | | |
| 25. Vanguard Federal Money Market | A | Dividend | | | Buy (add'l) | 09/13/17 | L | | |
| 26. Invesco Real Estate Fund | A | Dividend | J | T | Sold (part) | 02/08/17 | J | A | |
| 27. Invesco Real Estate Fund | A | Dividend | | | Sold (part) | 09/13/17 | J | A | |
| 28. American Fund R4 Growth Income | A | Dividend | | | Sold | 09/13/17 | J | A | |
| 29. Vanguard Growth Index Fund IRA) | E | Dividend | | | Sold | 09/06/17 | M | E | |
| 30. IShares Russell 200 Index Fund (IRA) | B | Dividend | | | Sold | 09/07/17 | L | B | |
| 31. Allianz NFJ Small Cap Value Fund (IRA) | B | Dividend | | | Sold | 09/13/17 | J | B | |
| 32. American Funds American Balanced Fund (IRA) | A | Dividend | | | Sold | 09/13/17 | J | A | |
| 33. SSgA Daily Bond Market Fund (IRA) | A | Dividend | | | Sold | 09/06/17 | J | A | |
| 34. SSgA S&P 500 Index Fund (IRA) | A | Dividend | | | Sold | 09/06/17 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bashant, Cynthia A. | 8/17/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. SSgA U.S. Large Cap Growth Opportunities Fund (IRA) | A | Dividend | | | Sold | 09/06/17 | J | A | |
| 36. | | | | | | | | | |
| 37. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bashant, Cynthia A. | 8/17/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

In my Annual Report filed 4/17/17, I included the "Fed. Large Cap Growth Enhanced Index" Fund (FLGEX) (IRA) and the "Fidelity Small Cap Enhanced Index" Fund (FCPEX) (IRA) on page 5 of 7.

On 6/5/17, I filed a Response to a Letter of Inquiry for this Annual Report. Apparently, an administrative computer glitch dropped page 5 of my original report and thus the two above-referenced funds were not included on this Amended Report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Cynthia A. Bashant**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544